```
PATRICK L. FORTE #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 14-41668 WJL** |
| **ANGIE LAURETTE AYERS-SMITH,** | **Chapter 13** |
| **Debtors.** _____/ | **CERTIFICATE OF SERVICE** |

My place of business is in the County of Alameda; I am over the age of 18 years and not a party to the within action; my business address is One Kaiser Plaza, Suite 480, Oakland, CA 94612.

On June 19, 2014, I served the within;

**Amended Schedule F; Notice of Chapter 13 Bankruptcy Filing**

on the below-named electronically through the court's CM/ECF program:

**Martha Bronitsky, Trustee          U. S. Trustee**

and on the below names in this action by placing a true copy thereof in a sealed envelope with postage thereon fully paid in the United States Mail at Oakland, CA addressed as follows:

**See attached list**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 19, 2014      /s/ Joe P. Segura
                          JOE P. SEGURA

Certificate of Service                                      Page 1 of 2

| | |
|---|---|
| 1 | Social Security Administration |
| | PO Box 3430 |
| 2 | Philadelphia, PA 19122-9985 |
| 3 | Social Security Administration |
| | Western Program Service Center |
| 4 | PO Box 2000 |
| | Richmond, CA 94802-1791 |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

Certificate of Service

Page 2 of 2

Case: 14-41668    Doc# 17-1    Filed: 06/19/14    Entered: 06/19/14 11:50:57    Page 2 of 2